**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kayshawn Chambers,                                         Civ. No. 21-2314 (JWB/DJF)

      Plaintiff,

v.                                                      **ORDER OF DISMISSAL**
                                                           **WITH PREJUDICE**
Advanced Correctional
Healthcare, Inc.,

      Defendant.

Plaintiff Kayshawn Chambers and Defendant Advanced Correctional Healthcare, Inc. have filed a Stipulation for Partial Dismissal with Prejudice. (Doc. No. 66.) Based on that Stipulation, this matter is **DISMISSED WITH PREJUDICE** on the merits and judgment will be entered. The matter is dismissed without payment, costs, disbursements, or attorneys' fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date:  April 21, 2023             *s/ Jerry W. Blackwell*
                                  JERRY W. BLACKWELL
                                  United States District Court Judge