# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kayshawn Chambers | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-02314-JWB-DJF |
| Advanced Correctional Healthcare, Inc. | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED WITH PREJUDICE** on the merits and judgment will be entered. The matter is dismissed without payment, costs, disbursements, or attorneys' fees to any party.

Date: 4/21/2023                                                            KATE M. FOGARTY, CLERK